IRVING T. ROSEN, Appellant, v. COLONIAL COOPERATIVE INSURANCE COMPANY et al., Respondents. Memorandum: We find that the complaint states a good cause of action and that the answer states valid defenses. The order should therefore be modified by striking therefrom the statement that plaintiff's complaint is insufficient. (Appeal from order of Erie Special Term denying motion to dismiss affirmative defenses.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS ROSAS, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

In the Matter of DEAN HYLAND, Respondent; BAR ASSOCIATION OF ERIE COUNTY, Petitioner.— Motion to vacate order of disbarment denied. Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.